# United States Court of Appeals for the Federal Circuit

---

**HORIZON GLOBAL AMERICAS INC.,**
*Appellant*

**v.**

**NORTHERN STAMPING CO.,**
*Appellee*

---

2023-1767

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01411.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 13, 2025
Date

Jarrett B. Perlow
Clerk of Court